ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG -2 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH ECLAVEA PEREZ, <br><br> Defendant. | CRIMINAL CASE NO. 94-00036 <br><br> **STIPULATED MOTION TO CONTINUE SENTENCING AND ORDER** |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel William L. Gavras, hereby move this Honorable Court to reschedule the date for sentencing the defendant, presently set for August 5, 2005. The parties make this motion because the government attorney, who has handled this case since its inception in 1994, will be Stateside until the week of August 8-12, 2005.

Defendant is before the court for his fourth sentencing. When this matter was last before the court, defendant was sentenced on November 24, 2003, to 150 months incarceration and three years of supervised release. This sentence was imposed on the court's finding that his criminal history should be VI, and on the amount of drugs involved. Defendant appealed this sentence. On February 5, 2005, the Ninth Circuit reversed the 150-month sentence and remanded for resentencing based on United States v. Booker, 125 S.Ct. 738 (2005). In the meantime, the defendant, who has been incarcerated since 1994, was released and began serving his term of

supervised release. On April 19, 2005, the U.S. Probation Office sought to revoke his supervised release because of numerous violations, and sentence him to 14 months incarceration with 22 months supervised release. He is in custody pending resentencing.

The parties agree and stipulate to jointly recommend that defendant should be sentenced at an offense level of 25, and a criminal history category of VI [110-137 months]. The parties agree he should receive a sentence of 137 months incarceration and 3 years supervised release.

SO MOVED AND STIPULATED.

DATE: 7-25-05

WILLIAM L. GAVRAS
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 7/12/05

By: KARON V. JOHNSON
Assistant U.S. Attorney

* * * ORDER * * *

**IT IS SO ORDERED** that the sentencing in this matter, currently set for August 5, 2005, be rescheduled to August 11, 2005 at 1:30 p.m.

CONSUELO B. MARSHALL

DATE: AUG - 2 2005

ROBERT M. TAKASUGI
District Court Judge

RECEIVED JUL 26 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM

2