AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA,

V.

**JOSEPH ECLAVEA PEREZ**

**NOTICE**

CASE NUMBER: CR-94-00036-002

---

TYPE OF CASE:

☐ CIVIL      X CRIMINAL

---

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| TYPE OF PROCEEDING<br><br>SENTENCING | DATE AND TIME<br><br>**FILED**<br>DISTRICT COURT OF GUAM<br>AUG - 5 2005<br>MARY L.M. MORAN<br>CLERK OF COURT |

X **TAKE NOTICE** that the sentencing hearing in this case has been rescheduled as indicated below:

| Place<br>District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Thursday, August 11, 2005 at 1:30 p.m. | CONTINUED TO DATE AND TIME<br><br>Thursday, August 11, 2005 at 9:30 a.m. |
|---|---|---|

MARY L. M. MORAN
CLERK OF COURT

August 5, 2005
DATE

(BY) DEPUTY CLERK

TO:    U.S. Attorney
         William Gavras
         U.S. Probation Office
         U.S. Marshal