# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Joseph Eclavea Perez,<br><br>        Defendant. | Case No. 1:94-cr-00036<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Hearing, filed August 5, 2005* on the dates indicated below:

| *U.S. Attorney's Office* | *William Gavras* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *August 8, 2005* | *August 9, 2005* | *August 8, 2005* | *August 9, 2005* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Hearing, filed August 5, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 12, 2005　　　　　　　　　　　　/s/ Marilyn B. Alcon
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk