

DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING

**FILED**
DISTRICT COURT OF GUAM
AUG 12 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-94-00036-002**     **DATE: 08/11/2005**

HON. CONSUELO B. MARSHALL, Designated Judge            Law Clerk: NONE PRESENT
Court Recorder: Virginia T. Kilgore                                     Courtroom Deputy: Virginia T. Kilgore
**Electronically Recorded -RUN TIME: 2:42:30 - 3:04:45**    CSO: J. McDonald

*********************APPEARANCES*******************************

**DEFT: JOSEPH ECLAVEA PEREZ**          **ATTY: WILLIAM GAVRAS**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON            AGENT:

U.S. PROBATION: CHRISTOPHER DUENAS       U.S. MARSHAL: J. CURRY / W. GRAY

( ) ARGUMENT FOR A DOWNWARD DEPARTURE BY THE ___ GOVERNMENT ___ DEFENSE ___ GRANTED
    COURT DEPARTS TO A LEVEL _____ FROM A LEVEL _____

( ) ARGUMENT FOR AN UPWARD DEPARTURE BY THE  ___ GOVERNMENT ___ DEFENSE

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
     Base offense level:          Total offense level:   25    Criminal History Category: VI

    NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
**Expressed Defendant's remorse to the Court.**

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT


NOTES/OTHER MATTERS:

Defendant waived formal arraignment for sentencing. Parties stipulated and the Defendant agreed that the quantity of drugs for purposes of sentencing is 9.97 net grams. The Court accepted the parties stipulation stating that the Court impose a sentence of 136 months and that Defendant has served that time and should be given credit and therefore released. The Court accepted the factual findings and legal conclusions contained in the amended presentence report.

The Court inquired of the parties as to the issue of revocation. The Government stated that the revocation occurred pending this sentencing and is moot at this point. Defense agreed and probation had no objection. The Court took no action on the matter and admonished Defendant to abide by his supervised release conditions.

SENTENCE:   CR-94-00036-002                              DEFENDANT: JOSEPH ECLAVEA PEREZ

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF 136 MONTHS AS TO COUNT III, 136 MONTHS AS TO COUNT IV, 120 MONTHS FOR COUNT IX.  EACH OF THE SENTENCES ARE TO BE SERVED CONCURRENTLY AND DEFENDANT IS AWARDED FOR CREDIT FOR THE TIME ALREADY SERVED.

(  )   COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT _____.

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF THREE YEARS FOR COUNTS III, IV AND IX WHICH IS TO BE SERVED CONCURRENTLY.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.

2. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE.

3. DEFENDANT SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE AND SUBMIT TO ONE URINALYSIS WITHIN 15 DAYS, AND TWO ADDITIONAL URINALYSIS THEREAFTER.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION.

5. DEFENDANT SHALL REFRAIN FROM POSSESSING A FIREARM OR OTHER DANGEROUS WEAPON.

6. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR THE ASSESSMENT AND/OR TREATMENT OF NARCOTIC ADDICTION OR DRUG OR ALCOHOL DEPENDENCY, WHICH WILL INCLUDE TESTING FOR THE DETECTION OF ALCOHOL OR SUBSTANCE USE OR ABUSE.  IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE A CO-PAYMENT FOR TREATMENT AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

7. DEFENDANT SHALL REFRAIN FROM THE USE OF ANY AND ALL ALCOHOLIC BEVERAGES.

8. DEFENDANT SHALL MAINTAIN GAINFUL EMPLOYMENT.

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $150.00, HOWEVER, SUCH FEE IS SUSPENDED AS THE DEFENDANT HAS ALREADY PAID THE FEE THROUGH A PRISONER FINANCIAL MANAGEMENT PROGRAM.

PURSUANT TO SECTION 5E1.2(f) OF THE GUIDELINE RANGE, ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED.  DEFENDANT ADVISED OF HIS APPEAL RIGHTS.  DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL FOR PROCESSING.