# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>           Plaintiff,<br><br>    vs.<br><br>Joseph Eclavea Perez,<br><br>           Defendant. | Case No. 1:94-cr-00036<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment, filed August 12, 2005* on the dates indicated below:

*U.S. Attorney's Office*   *William Gavras*   *U.S. Probation Office*   *U.S. Marshal Service*
*August 16, 2005*         *August 15, 2005*  *August 15, 2005*     *August 15, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment, filed August 12, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 16, 2005                                       /s/ Marilyn B. Alcon
                                                                                  Deputy Clerk