PROB 12B
(7/93)



**FILED**
DISTRICT COURT OF GUAM
SEP 27 2005 ᵖ
MARY L.M. MORAN
CLERK OF COURT

*United States District Court*

for

*District of Guam*

### Report for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender:    Joseph Eclavea Perez        Case Number: CR 94-00036-002

Name of Sentencing Judicial Officer:    Honorable John S. Unpingco

Date of Original Sentence:    June 3, 1994; Resentenced on August 11, 2005

Original Offense:    Count III: Distribution of Heroin, in violation of 21 U.S.C. § 841(a)(1); Count IV: Possession of Heroin with Intent to Distribute, in violation of 21 U.S.C. § 841(a) and 846; and Count IX: Felon in Possession of Firearms, in violation of 18 U.S.C. § 922(g) and 941(a)(2).

Original Sentence:    136 month term of imprisonment to be served concurrently for Counts III, IV, and IX, followed by a three year term of supervised release to be served concurrently for Counts III, IV, and IX with conditions: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; not possess a firearm, destructive device, or any other dangerous weapon; comply with the standard conditions of probation; participate in a program approved by the U.S. Probation Office for the assessment and/or treatment of narcotic addiction or drug or alcohol dependency; refrain from the use of any and all alcoholic beverages; maintain gainful employment; and pay a $150 special assessment fee.

Type of Supervision: Supervised Release        Date Supervision: August 11, 2005

### PETITIONING THE COURT

☐    To extend the term of supervision         years, for a total term         years.

☒    To modify the conditions of supervision as follows:

1.    **That the defendant agrees to perform an additional 50 hours of community service as a sanction for noncompliance.**

ORIGINAL ✗

Report for Modifying the
Conditions or Term of Supervision with
Consent of Offender

page 2

## CAUSE

On June 3, 1994, Joseph Eclavea Perez was sentenced by the Honorable John S. Unpingco for Count III: Distribution of Heroin, 21 U.S.C. §841(a)(1); Count IV: Possession of Heroin with Intent to Distribute, 21 U.S.C. §841(a)(1); Count VI: Use of Firearm During Drug Trafficking, 18 U.S.C. §924(e)(1); and Count IX: Felon in Possession of a Firearm, 18 U.S.C. §922(g). Mr. Perez was resentenced due to 9th Circuit decisions on December 21, 1999, September 16, 2002, November 19, 2003, and August 11, 2005.

On September 9, 2005, Mr. Perez failed to report for scheduled urinalysis at the drug testing vendor. On September 12, 2005, he was subjected to urinalysis at the drug testing vendor, which tested presumptive positive for methamphetamine. He executed an admission form admitting to using "ice" on September 11, 2005. Mr. Perez has also been returned to Phase I in the drug testing and treatment phase system as a result of his noncompliance.

Except as outlined above, Mr. Perez has been generally compliant with the conditions of supervision since being placed on supervised release. He paid his $150 special assessment fee on December 3, 1996.

The Probation Officer respectfully requests that the Court modify Mr. Perez's special conditions, pursuant to 18 U.S.C. § 3583(e)(2), to perform an additional 50 hours of community service as a sanction for noncompliance. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Perez's consent to the modification. Mr. Perez's progress will continue to be monitored and any further noncompliance will be reported to the Court accordingly.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 9/16/05

Respectfully submitted,

by: JOHN W. SAN NICOLAS II
U.S. Probation Officer

Date: 9/16/05

## THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☑ The Modification of Conditions as Noted Above.

☐ Other

RECEIVED
SEP 19 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Signature of Judicial Officer
LLOYD D. GEORGE
27 Sept 2005
Date

PROB 49
(3/89)

# *United States District Court*

for

## *District of Guam*

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall perform an additional 50 hours of community service as approved by the U.S. Probation Office.

Witness: John W. San Nicolas II
U.S. Probation Officer

Signed: Joseph Eclavea Perez
Probationer or Supervised Releasee

9-13-05
Date