**FILED**
**DISTRICT COURT OF GUAM**

# UNITED STATES DISTRICT COURT

**NOV 18 2005**

DISTRICT OF _____

**MARY L.M. MORAN**
**CLERK OF COURT**

U.S. MARSHALS-GU
RECEIVED
14 NOV '05 14:00:01

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**JOSEPH ECLAVEA PEREZ**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   **CR-94-00036-002** |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | **413** |
| | Date and Time |
| Before:   **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Friday, November 18, 2005 at 10:30 a.m.** |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   **X** Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title  **18**  United States Code, Section(s)  **3583(e)(2)**

Brief description of offense:

**ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED**
(See attached Petition and Violation Report)

11/16

**ORIGINAL**

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

_Marilyn B. Alcon_
Signature of Issuing Officer

**November 10, 2005**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service was made by me on:[1] | Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☑ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 11/18/2005
Date

J. SALAS
Name of United States Marshal

V. Kon h
(by) Deputy United States Marshal

Remarks: Fail to Appear

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.