DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**



**MARY L.M. MORAN
CLERK OF COURT**

**CASE NO. CR-94-00036-002**     **DATE: 11/18/2005**

***

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**     Law Clerk: Judith Hattori
Court Recorder and Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 10:32:49 - 10:38:27**     CSO: B. Benavente

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* **A P P E A R A N C E S** \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFT: JOSEPH ECLAVEA PEREZ**     **ATTY: WILLIAM GAVARS**
( X ) NOT PRESENT   ( ) CUSTODY   ( ) BOND   ( X ) P.R.     ( X ) PRESENT   ( ) RETAINED   ( ) FPD   ( ) CJA APPOINTED

**U.S. ATTORNEY: KARON JOHNSON**     **AGENT:**

**U.S. PROBATION: JOHN SAN NICOLAS**     **U.S. MARSHAL: G. PEREZ / R. LUMAGUI**

***

**PROCEEDINGS:**   - INITIAL APPEARANCE
  - ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS
     SHOULD NOT BE MODIFIED

( ) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE
    VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF SUPERVISED RELEASE
( ) REVOCATION OF SUPERVISED RELEASE IS GRANTED. (SEE REVERSE)

( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
( ) CONDITIONS MODIFIED OR CONTINUED
( X ) PROCEEDINGS CONTINUED TO:  **NOVEMBER 30, 2005** at **1:30 P.M.**
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL SERVICE
    PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

( X ) NOTES:

Mr. Gavras informed the Court that the Defendant has not been served with the summons to appear today and requested a continuance. Probation Officer, John San Nicolas stated that he had spoken to the Defendant and notified him of his hearing today. Ms. Johnson stated that she was advised by probation that the Defendant failed to appear yesterday for his urinalysis test. She moved the Court to issue a warrant for Defendant's arrest. The Court continued the hearing to November 30, 2005 at 1:30 p.m. The Court further stated that if the summons to appear is not effectuated, the probation office shall advise the Defendant of the further hearing date and that failure to appear may result in a warrant for his arrest.