FILED
DISTRICT COURT OF GUAM
NOV 18 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**JOSEPH ECLAVEA PEREZ,**<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 94-00036-002<br><br>O R D E R |

IT IS HEREBY ORDERED that **WILLIAM GAVRAS** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to November 14, 2005.

Dated this 18th day of November, 2005.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　JOAQUIN V.E. MANIBUSAN, Magistrate Judge
　　　　　　　　　　　　　　U.S. DISTRICT COURT OF GUAM

**ORIGINAL**