# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**JOSEPH ECLAVEA PEREZ**

Case Number:    **CR-94-00036-002**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| Before:    **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Date and Time<br>**Wednesday, November 30, 2005 at 1:30 p.m.** |

To answer a(n)
    ☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    **X** Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **3583(e)(2)**

Brief description of offense:

**ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED and FAILURE TO APPEAR FOR THE NOVEMBER 18, 2005 ORDER TO SHOW CAUSE HEARING**

FILED
DISTRICT COURT OF GUAM
NOV 21 2005
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**November 21, 2005**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Date

Service was made by me on:[1]   11/21/05

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:
USMS Office.

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  11/21/05
             Date

Jack Sulas
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

