

**FILED**
DISTRICT COURT OF GUAM
NOV 3 0 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-94-00036-002**      **DATE: November 30, 2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: Judith Hattori
Court Reporter: Wand Miles      Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 1:41:03 - 2:18:54      CSO: D. Quinata / J. Lizama

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFT: JOSEPH ECLAVEA PEREZ**      **ATTY: WILLIAM GAVRAS**
(X) NOT PRESENT ( ) CUSTODY ( ) BOND (X) P.R.    (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON      AGENT:

U.S. PROBATION: JOHN SAN NICOLAS      U.S. MARSHAL: V. ROMAN

**PROCEEDINGS:**    - INITIAL APPEARANCE
                       - CONTINUED ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED

( ) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
(X) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF SUPERVISED RELEASE
( ) REVOCATION OF SUPERVISED RELEASE IS GRANTED. (SEE REVERSE)

( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
( ) CONDITIONS MODIFIED OR CONTINUED
(X) PROCEEDINGS CONTINUED TO: DECEMBER 9, 2005 at 4:00 P.M.
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

(X) **NOTES:**

Government recommended detention. Defense moved for his release for at least 48 hours to tie up any loose ends. Government strongly opposed. Probation Officer John San Nicolas called by defense, sworn and examined. The Court released the defendant and Ordered him to surrender to the U.S. Marshals Service by 2:30 p.m. on December 2, 2005.

The Court set the matter for disposition and sentencing on December 9, 2005 at 4:00 p.m.

Courtroom Deputy: _____