AO 471 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

District of _____ **GUAM** _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>**JOSEPH ECLAVEA PEREZ**<br>_Defendant_ | ORDER OF TEMPORARY DETENTION TO PERMIT REVOCATION OF CONDITIONAL RELEASE, DEPORTATION OR EXCLUSION<br><br>Case CR-94-00036-002 |

**FILED**
DISTRICT COURT OF GUAM
DEC - 5 2005
MARY L.M. MORAN
CLERK OF COURT

I find that the defendant

**X** is, and was at the time the alleged offense was committed:

☐ on release pending trial for a felony under federal, state, or local law.

☐ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

**X** on probation or supervised release for an offense under federal, state, or local law; or

☐ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant may

☐ flee, or **X** pose a danger to another person or the community.

I accordingly ORDER the detention of the defendant without bail pending Disposition and Sentencing Hearing scheduled for **December 9, 2005 at 4:00 p.m.**

Date: December 5, 2005

Joaquin V. E. Manibusan, Jr., Magistrate Judge
_Judicial Officer_

**ORIGINAL**