# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Joseph Eclavea Perez,<br><br>        Defendant. | Case No. 1:94-cr-00036-002<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Of Temporary Detention to Permit Revocation of Conditional Release, Deportation, or Exclusion filed December 5, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *William Gavras* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *December 5, 2005* | *December 7, 2005* | *December 5, 2005* | *December 6, 2005* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order Of Temporary Detention to Permit Revocation of Conditional Release, Deportation, or Exclusion filed December 5, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 7, 2005                        /s/ Leilani R. Toves Hernandez
                                                                                       Deputy Clerk