DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


**FILED**
DISTRICT COURT OF GUAM
DEC 12 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-94-00036-002**     **DATE: 12/09/2005**

HON. D. LOWELL JENSEN, Designated Judge, Presiding     Law Clerk: Cheryl Kahn
Court Reporter: Wanda Miles     Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 4:07:53 - 4:15:50     CSO: D. Quinata / J. Lizama

************************** A P P E A R A N C E S **************************

**DEFT:** __JOSEPH ECLAVEA PEREZ__     **ATTY:** __WILLIAM GAVRAS__
( X ) NOT PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.     ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON     AGENT:

U.S. PROBATION: JOHN SAN NICOLAS     U.S. MARSHAL: W. GRAY / M. UNGACTA

**PROCEEDINGS:  - DISPOSITION OF ORDER TO SHOW CAUSE AND SENTENCING**

( ) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE
    VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

( X ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF SUPERVISED
      RELEASE  - GRADE C VIOLATIONS
( X ) REVOCATION OF SUPERVISED RELEASE IS GRANTED. (SEE REVERSE)

( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
( ) CONDITIONS MODIFIED OR CONTINUED
( ) PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL SERVICE
    PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

( X ) NOTES:

Government recommended 8 months imprisonment. Defense requested the Court to impose the minimum sentence. Defense stated that he disagreed with the imposition of supervised release.

The Court imposed sentence and stated that the term

Courtroom Deputy: _____

# CRIMINAL MINUTES
## SENTENCING
DATE: <u>12/09/2005</u> TIME: <u>4:07 p.m.</u>   CASE NO. <u>CR-94-00036-002</u>

PURSUANT TO THE SENTENCING REFORM ACT OF 1984, DEFENDANT IS ORDERED TO SERVE A TERM OF <u>8 MONTHS</u>. UPON RELEASE FROM IMPRISONMENT, DEFENDANT SHALL SERVE A <u>THREE YEAR TERM OF SUPERVISED RELEASE.</u> THE TERM OF SUPERVISED RELEASE IS BASED UPON THE SENTENCE WHICH WAS IMPOSED ON AUGUST 11, 2005. THE TERMS AND CONDITIONS ARE AS FOLLOWS:

1. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.

2. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE.

3. DEFENDANT SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE AND SUBMIT TO ONE URINALYSIS WITHIN 15 DAYS, AND TWO ADDITIONAL URINALYSIS THEREAFTER.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION.

5. DEFENDANT SHALL REFRAIN FROM POSSESSING A FIREARM OR OTHER DANGEROUS WEAPON.

6. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR THE ASSESSMENT AND/OR TREATMENT OF NARCOTIC ADDICTION OR DRUG OR ALCOHOL DEPENDENCY, WHICH WILL INCLUDE TESTING FOR THE DETECTION OF ALCOHOL OR SUBSTANCE USE OR ABUSE. IT IS FURTHER ORDERED THAT THE DEFENDANT MAKE A CO-PAYMENT FOR TREATMENT AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

7. DEFENDANT SHALL REFRAIN FROM THE USE OF ANY AND ALL ALCOHOLIC BEVERAGES.

8. DEFENDANT SHALL MAINTAIN GAINFUL EMPLOYMENT.