# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

              Plaintiff,

       vs.

Joseph Eclavea Perez,

          Defendant.

Case No. 1:94-cr-00036-002

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Judgment for Revocation of Supervised Release and the Notice of Entry filed December 15, 2005,*** on the dates indicated below:

| *U.S. Attorney's Office* | *William L. Gavras* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *December 15, 2005* | *December 15, 2005* | *December 15, 2005* | *December 15, 2005* |
| | | *(Judgment only)* | *(Judgment only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment for Revocation of Supervised Release and the Notice of Entry filed December 15, 2005***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 15, 2005

        /s/ Leilani R. Toves Hernandez
          Deputy Clerk