PROB 12A
(7/93)

# United States District Court

for

District of Guam

FILED
DISTRICT COURT OF GUAM
SEP 28 2006
MARY L.M. MORAN
CLERK OF COURT

## Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joseph Eclavea Perez | Case Number: **CR 94-00036-002** |

Name of Sentencing Judicial Officer:  Honorable Consuelo B. Marshall

Date of Original Sentence:  June 3, 1994; Resentenced on August 11, 2005

Original Offense:  Count III: Distribution of Heroin, in violation of 21 U.S.C. § 841(a)(1); Count IV: Possession of Heroin with Intent to Distribute, in violation of 21 U.S.C. § 841(a) and 846; and Count IX: Felon in Possession of Firearms, in violation of 18 U.S.C. § 922(g) and 941(a)(2).

Original Sentence:  136 month term of imprisonment to be served concurrently for Counts III, IV, and IX, followed by a three year term of supervised release to be served concurrently for Counts III, IV, and IX with conditions: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; not possess a firearm, destructive device, or any other dangerous weapon; comply with the standard conditions of probation; participate in a program approved by the U.S. Probation Office for the assessment and/or treatment of narcotic addiction or drug or alcohol dependency; refrain from the use of any and all alcoholic beverages; maintain gainful employment; and pay a $150 special assessment fee. **Modified on September 27, 2005** to include 50 hours of community service as a sanction for noncompliance. **Revoked on December 9, 2005**, eight months imprisonment, followed by 28 months supervised release.

Type of Supervision: Supervised Release     Date Supervision Commenced: July 31, 2006

## NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Tested positive for use of alcohol. |

ORIGINAL

On June 3, 1994, Joseph Eclavea Perez was sentenced by the Honorable John S. Unpingco for Count III: Distribution of Heroin, 21 U.S.C. §841(a)(1); Count IV: Possession of Heroin with Intent to Distribute, 21 U.S.C. §841(a)(1); Count VI: Use of Firearm During Drug Trafficking, 18 U.S.C. §924(e)(1); and Count IX: Felon in Possession of a Firearm, 18 U.S.C. §922(g). Mr. Perez was resentenced due to 9th Circuit decisions on December 21, 1999, September 16, 2002, November 19, 2003, and August 11, 2005.

On September 13, 2006, Joseph Eclavea Perez tested positive for use of alcohol (0.011% BAC) on a random breathalyser conducted at the drug testing vendor. On September 14, 2006, this Officer met with Mr. Perez to discuss his noncompliance with his no-alcohol condition. Mr. Perez admitted to having "just had one beer (Budweiser)" prior to reporting for drug testing.

Mr. Perez paid his special assessment fee on January 31, 1997. Since July 31, 2006, he has tested consistently negative on drug tests administered.

This is Mr. Perez's first violation since his release from revocation imprisonment on July 31, 2006. This report is submitted for the Court's information only, and no action is requested at this time. Mr. Perez has been regressed in the substance abuse testing program. He has been warned that sanctions will result from any additional violations. His compliance will be closely monitored, and any subsequent violations will be reported to the Court accordingly.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON  
U.S. Probation Officer  
Supervision Unit Leader

Date: 9-22-2006

Respectfully submitted,

By: JOHN W. SAN NICOLAS II  
U.S. Probation Officer

Date: 9/22/06

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ No Action.

☐ Other

Signature of Judicial Officer  
**MORRISON C. ENGLAND, Jr.**  
**Designated Judge**  
09/28/2006  
Date

RECEIVED  
SEP 26 2006  
DISTRICT COURT OF GUAM  
HAGATNA, GUAM