# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 94-00036-002 |
| ) | |
| Plaintiff, ) | |
| ) | **REQUEST TO TRAVEL** |
| vs. ) | |
| ) | |
| JOSEPH ECLAVEA PEREZ, ) | |
| ) | |
| Defendant. ) | |

     On June 3, 1994, Joseph Eclavea Perez was sentenced by the Honorable John S. Unpingco for Count III: Distribution of Heroin, 21 U.S.C. §841(a)(1); Count IV: Possession of Heroin with Intent to Distribute, 21 U.S.C. §841(a)(1); Count VI: Use of Firearm During Drug Trafficking, 18 U.S.C. §924(e)(1); and Count IX: Felon in Possession of a Firearm, 18 U.S.C. §922(g). Mr. Perez was resentenced due to 9th Circuit decisions on December 21, 1999, September 16, 2002, November 19, 2003, and August 11, 2005. He received a sentence of 136 months imprisonment, followed by a three year term of supervised release. Conditions of supervised release include that he not commit another federal, state, or local crime; not illegally possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; comply with the standard conditions of supervision; refrain from the use of any and all alcoholic beverages; participate in a program approved by the U.S. Probation Office for the assessment and/or treatment of narcotic addiction or drug or alcohol dependency, which will include testing for the detection of substance use or abuse; obtain and maintain gainful employment; and pay a $150 special assessment fee.

     On August 11, 2005, Mr. Perez was released from custody and started his initial term of supervised release. On September 27, 2005, Mr. Perez's supervised release conditions were modified to include 50 hours of community service as a sanction for noncompliance. On November 10, 2005, a violation report requesting modification of the conditions of supervision to include 100 hours of community service and a new drug testing condition was submitted as a sanction for noncompliance. On December 9, 2005, supervised release was revoked. Mr. Perez was ordered to serve an eight month term of imprisonment, followed by a 28-month term of supervised release. With the exception of

his community service requirement, all conditions remained as previously ordered. On July 31, 2006, Mr. Perez was released on his second term of supervised release. On September 28, 2006, an informational report was filed with the Court after Mr. Perez tested positive for use of alcohol.

Mr. Perez has requested to travel to Long Beach, California via Nagoya, Japan to accompany his girlfriend for medical appointments and for vacation purposes. Mr. Perez plans to depart Guam on July 24, 2007 and return on August 14, 2007.

Since his release on his second term of supervised release on July 31, 2006, Mr. Perez has generally complied with his conditions of supervised release with the exception of an alcohol use incident in September 2006. He is compliant with the drug treatment and testing program, and has tested consistently negative on urinalysis conducted. He paid his $150 special assessment fee on January 31, 1997. Furthermore, he submitted to a DNA sample of his blood on September 8, 2004. This Officer and Mr. Perez's drug treatment provider supports the travel request and seeks Court approval.

Respectfully submitted,

ROSSANNA VILLGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:  /s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
  Supervision Unit Leader

cc: File

| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|



**Joseph E. Perez**
Criminal Case #94-00036-002
SS# XXX-XX-8397
DOB: XX-XX-1948
HT: 5 ft 10 in
WT: 180 lbs

DATE: _July 18, 2007_

YOU ARE AUTHORIZED TO TRAVEL TO: **Long Beach, California via Nagoya, Japan**

FROM **July 24, 2007** AND RETURNING **August 14, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To accompany his girlfriend for medical appointments and for vacation purposes.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of supervised release while in Long Beach, California.**

2. **You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized.**

3. **You shall call your probation officer if you change accommodation/location.**

4. **You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

/s/ JOHN W. SAN NICOLAS II
UNITED STATES PROBATION OFFICER

NAME    N/A
ADDRESS

☐ APPROVED    ☐ DISAPPROVED