| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**Joseph E. Perez**
Criminal Case #94-00036-002
SS# XXX-XX-8397
DOB: XX-XX-1948
HT: 5 ft 10 in
WT: 180 lbs



DATE: July 18, 2007

YOU ARE AUTHORIZED TO TRAVEL TO: **Long Beach, California via Nagoya, Japan**

FROM **July 24, 2007** AND RETURNING **August 14, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To accompany his girlfriend for medical appointments and for vacation purposes.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of supervised release while in Long Beach, California.**

2. **You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized.**

3. **You shall call your probation officer if you change accommodation/location.**

4. **You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

/s/ JOHN W. SAN NICOLAS II
UNITED STATES PROBATION OFFICER

NAME   N/A
ADDRESS

[X] APPROVED   [ ] DISAPPROVED



**/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jul 23, 2007**

Case 1:94-cr-00036   Document 388   Filed 07/23/2007   Page 1 of 1