PROB 12A
(7/93)

# United States District Court

for

*District of Guam*

## Report on Offender Under Supervision

Name of Offender: Joseph Eclavea Perez        Case Number: **CR 94-00036-002**

Name of Sentencing Judicial Officer: Honorable Consuelo B. Marshall

Date of Original Sentence: June 3, 1994; Resentenced on August 11, 2005

Original Offense: Count III: Distribution of Heroin, in violation of 21 U.S.C. § 841(a)(1); Count IV: Possession of Heroin with Intent to Distribute, in violation of 21 U.S.C. § 841(a) and 846; and Count IX: Felon in Possession of Firearms, in violation of 18 U.S.C. § 922(g) and 941(a)(2).

Original Sentence: 136 month term of imprisonment to be served concurrently for Counts III, IV, and IX, followed by a three year term of supervised release to be served concurrently for Counts III, IV, and IX with conditions: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; not possess a firearm, destructive device, or any other dangerous weapon; comply with the standard conditions of probation; participate in a program approved by the U.S. Probation Office for the assessment and/or treatment of narcotic addiction or drug or alcohol dependency; refrain from the use of any and all alcoholic beverages; maintain gainful employment; and pay a $150 special assessment fee. **Modified on September 27, 2005** to include 50 hours of community service as a sanction for noncompliance. **Revoked on December 9, 2005**, eight months imprisonment, followed by 28 months supervised release. **Informational Report on September 28, 2006** due to a positive alcohol test. **Modified on November 6, 2007** to include that he submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight drug tests per month, as directed by the probation officer.

Type of Supervision: Supervised Release      Date Supervision Commenced: July 31, 2006

---

### NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Arrested on November 20, 2007 for Driving Under the Influence and No Driver's License. |

On November 20, 2007, Joseph Eclavea Perez, was arrested by Guam Police Department Officer L.S. Ishizaki for the offenses of Driving Under the Influence and for No Driver's License. A review of Guam Police Department Police Report number 07-32188, revealed that on November 20, 2007, at about 2:15 a.m., Guam Police Department Officer L.S. Ishizaki observed a white 1998 Ford Escort, traveling west on Route 1, Hagatna at a high rate of speed and swerving from the outer lane to the inner lane. Officer Ishizaki effectuated a traffic stop and met with the operator of the vehicle, identified as Joseph Eclavea Perez. Mr. Perez was observed to have blood shot and watery eyes and had a strong odor of intoxicating beverages emitting from his body. Officer Ishizaki requested for his driver's license and vehicle registration. Mr. Perez was able to provide a copy of the registration, but advised the officer that he did not have a driver's license. He voluntarily stated that he had a "few to drink" and that he was "just shooting pool."

On the same date, Officer Ishizaki requested that Mr. Perez exit the vehicle for further questioning. When exiting the vehicle, Mr. Perez was observed to move slowly, had trouble maintaining balance, and his speech was slurred. Officer Ishizaki conducted a field sobriety test with Mr. Perez. During the walk and turn portion, he was unable to keep his balance, was unable to maintain heel to toe contact, and conducted an improper right turn. During the one leg stand portion, he was observed to sway and put his foot down while balancing. In addition, he also failed the horizontal gaze nystagmus as his pupils lacked smooth pursuit, had distinct nystagmus at maximum deviation and prior to 45 degrees, and had vertical nystagmus. In addition, Mr. Perez refused to submit to a breathalyser test.

On the same date, Mr. Perez was advised of his rights via the Miranda rights card. However, he refused to acknowledge the custodial rights interrogation form. Mr. Perez was arrested for the above-mentioned offenses and was transported to the Hagatna Precinct Command for processing, where he was booked and released. He was provided with a Notice to Appear Citation, which orders him to appear at the Superior Court of Guam on November 26, 2008 at 9:00 a.m.

Except as outlined above, Mr. Perez has generally complied with the conditions of supervised release. He paid his $150 special assessment fee on December 3, 1996, and completed 300 hours of community service on February 6, 2005. Mr. Perez has also been returned to the beginning of the drug testing and treatment phase system as a result of his noncompliance.

This report is submitted for the Court's information only, and no action is requested at this time. The Court will be kept informed of the progress and disposition of Mr. Perez's pending Superior Court of Guam case. Mr. Perez has been warned that sanctions will result from any additional violations. His compliance will be closely monitored, and any subsequent violations will be reported to the Court accordingly.

| Reviewed by: | Respectfully submitted, |
|---|---|
| /s/ CARMEN D. O'MALLAN<br>U.S. Probation Officer Specialist<br>Supervision Unit Leader | By: /s/ JOHN W. SAN NICOLAS II<br>U.S. Probation Officer |
| Date: January 31, 2008 | Date: January 31, 2008 |

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ No Action.

☐ Other

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jul 15, 2008**