PROB 12B
(4/07)

# UNITED STATES DISTRICT COURT

for

District of Guam

## Report for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Joseph Eclavea Perez**  Case Number: **CR 94-00036-002**

Name of Sentencing Judicial Officer: Honorable Consuelo B. Marshall

Date of Original Sentence: June 3, 1994; Resentenced on August 11, 2005

Original Offense: Count III: Distribution of Heroin, in violation of 21 U.S.C. § 841(a)(1); Count IV: Possession of Heroin with Intent to Distribute, in violation of 21 U.S.C. § 841(a) and 846; and Count IX: Felon in Possession of Firearms, in violation of 18 U.S.C. § 922(g) and 941(a)(2).

Original Sentence: 136 month term of imprisonment to be served concurrently for Counts III, IV, and IX, followed by a three year term of supervised release to be served concurrently for Counts III, IV, and IX with conditions: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; not possess a firearm, destructive device, or any other dangerous weapon; comply with the standard conditions of probation; participate in a program approved by the U.S. Probation Office for the assessment and/or treatment of narcotic addiction or drug or alcohol dependency; refrain from the use of any and all alcoholic beverages; maintain gainful employment; and pay a $150 special assessment fee. **Modified on September 27, 2005** to include 50 hours of community service as a sanction for noncompliance. **Revoked on December 9, 2005**, eight months imprisonment, followed by 28 months supervised release. **Informational Report on September 28, 2006** due to a positive alcohol test. **Modified on November 6, 2007** to include that he submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight drug tests per month, as directed by the probation officer. **Informational Report on February 1, 2008** due to an arrest of driving under the influence of alcohol on November 20, 2007.

Type of Supervision: Supervised Release  Date Supervision Commenced: July 31, 2006

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

1. The offender shall participate in the **curfew component** of the home confinement program for a period of **one (1) month**, and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant shall pay all or part of the costs of the program based upon his ability to pay as determined by the officer. The defendant is hereby restricted to his residence every day from **6:00 p.m. to 6:00 a.m., or as directed by the officer.**

2. The offender shall refrain from the use of any and all alcoholic beverages and shall submit to random alcohol testing (breathalyser), not to exceed eight (8) alcohol tests per month.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender    page 2

CAUSE

On July 19, 2008, Joseph Eclavea Perez was subjected to a random breathalyser test by this Officer at the drug testing vendor, which tested positive for alcohol (0.053% BAC). On July 22, 2008, this Officer met with Mr. Perez to discuss his noncompliance with his no alcohol use condition. He admitted that he drank beer with his wife's family members from the late evening on July 18, 2008 to the early morning of July 19, 2008. Mr. Perez explained that he drank the alcoholic beverages to "unwind" from the funeral of his brother-in-law on July 18, 2008.

Except as outlined above, Mr. Perez has generally complied with the conditions of supervised release. He paid his $150 special assessment fee on December 3, 1996, and completed 300 hours of community service on February 6, 2005. In addition, he has been gainfully employed as a security guard at ATS Services since July 21, 2008. Mr. Perez has also been returned to the beginning of the drug testing and treatment phase system as a result of his noncompliance.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(e)(2) as outlined above. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Perez's consent to the modification.

Reviewed by:                                    Respectfully submitted,

/s/ CARMEN D. O'MALLAN                    by:    /s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer Specialist                U.S. Probation Officer
Supervision Unit Leader

Date:   July 29, 2008                           Date:   July 29, 2008

THE COURT ORDERS

[ ] No Action

[ ] The Extension of Supervision as Noted Above.

[x] The Modification of Conditions as Noted Above.

[ ] Other     Issuance of a:   [ ] Summons    [ ] Warrant



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Aug 01, 2008**